UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __23-1393__     Caption: __AMY RHINEHARDT CRAVEN v. CHRISTOPHER NOVELLI,__

__ALEXANDER ARNDT, and the TOWN OF MOORESVILLE__

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Sealed Brief

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   3/12/23 Order on Motion for Summary Judgment and Motion in Limine to Exclude Exhibits and Motion to Strike

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   Only Court and the parties are permitted to access the materials in the Sealed Joint Appendix.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☐ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☑ Yes

## CERTIFICATE OF SERVICE

I certify that on  November 9 2023  the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

Jake William Stewart
Patrick Houghton Flanagan
CRANFILL SUMNER & HARTZOG, LLP
2907 Providence Road
Suite 200
Charlotte, North Carolina 28211
(704) 940-3441 (telephone)
(704) 831-5514 (facsimile)

| /s/ Preston O. Odom, III. | 11/09/23 |
|---|---|
| Signature | Date |